U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of | Case Number:

Rogelio Barajas | 09 CR 1058

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Rogelio Barajas

FILED
3-17-10
MAR 17 2010

MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) THOMAS C. BRANDSTRADER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ TCB | |
| FIRM Attorney at Law | |
| STREET ADDRESS 53 W. Jackson Blvd. Suite 615 | |
| CITY/STATE/ZIP Chicago Il. 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6181127 | TELEPHONE NUMBER 3123325297 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐ APPOINTED COUNSEL ✓ | |