# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                                   Case No.: 1:09−cr−01058
                                                                      Honorable Matthew F. Kennelly

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 18, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendant Rogelio Barajas' unopposed motion for early termination of supervised release is granted [52]. Defendant's term of supervised release is terminated, effective immediately. The motion hearing date of 8/19/2015 is vacated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.